

# NUMBER 13-17-00150-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARCO MEDRANO,                                                    Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

### On appeal from the 319th District Court
### of Nueces County, Texas.

# ORDER

### Before Justices Rodriguez, Contreras, and Hinojosa
### Order Per Curiam

The State filed a motion for rehearing in this matter on April 5, 2018. The State asserts that for purposes of enhancing of appellant's sentence, appellant had a prior felony conviction for burglary, which is shown by appellant's presentence investigation report. After due consideration, the Court has determined that supplementation of the motion is necessary. *See* TEX. R. APP. P. 49.1 ("The motion must clearly state the points

relied on for the rehearing."); *see also id.* R. 49.3. By this order, the Court hereby requests that the State supplement its motion for rehearing to address how the presentence investigation report sufficiently evidences any prior conviction that may support a sentence enhancement. *See id.* R. 49.3; *see also id.* R. 49.6; TEX. PENAL CODE ANN. § 12.42 (West, Westlaw through 2017 1st C.S.). Supplementation shall be filed within twenty-one days from the date of this order.

The Court hereby further requests a response from appellant. *See* TEX. R. APP. P. 49.2. Appellant's response, if any, shall be filed within twenty-one days after the State's supplementation. *See id.*

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
12th day of April, 2018.

2